| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SAND, LEONARD B | 2. Court or Organization<br><br>U.S. DISTRICT COURT: SDNY | 3. Date of Report<br><br>05/15/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>500 PEARL STREET, ROOM 1650<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. TRUSTEE | ▇▇▇ TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED DISCLOSURE FINANCIAL OFFICE MAY 15 11 51 AM '06

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | TEACHING SALARY ██████████ | $ 10,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK | JUNE 10 - WASHINGTON D.C.      (TRANSPORTATION AND MEALS) |
| 2. | (Presentation of Honorary Membership) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. EXXON MOBIL COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. IBM COMMON STOCK | B | Dividend | M | T | PARTIAL SALE | 4/11 | K | E | |
| 3. | | | | | PARTIAL SALE | 5/25 | J | D | |
| 4. BP AMOCO PLC COMMON STOCK | D | Dividend | M | T | | | | | |
| 5. SAFETY KLEEN CORP COMMON STOCK | | None | J | T | | | | | |
| 6. NIKE INC COMMON STOCK | A | Dividend | L | T | | | | | |
| 7. COMMERCIAL METALS COMMON STOCK | B | Dividend | M | T | | | | | |
| 8. STRYKER CORP COMMON STOCK | B | Dividend | O | T | | | | | |
| 9. MAYTAG COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 12. NYS DORM AUTH MUNI BOND | A | Interest | | | SOLD | 4/6 | K | A | |
| 13. KIMBERLY CLARK COMMON STOCK | B | Dividend | L | T | | | | | |
| 14. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. MCKESSON HBOC COMMON STOCK | A | Dividend | K | T | | | | | |
| 16. JP MORGAN CHASE & CO COMMON STOCK | B | Dividend | K | T | | | | | |
| 17. NYC EDL CONSTR FD RV MUNI BOND | A | Interest | | | SOLD | 2/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALLTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 19. NYS DORM AU RVS CITY U MUNI BOND | A | Interest | J | T | | | | | |
| 20. NY NYC TRANSITIONAL FIN AUTH SER B MUNI BOND | A | Interest | J | T | | | | | |
| 21. PHELPS DODGE CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. EMPIRE ST DEV CORP MUNI BOND | A | Interest | | | REDEEMED | 4/1 | K | A | |
| 23. LONG ISLAND NY PWR AU MUNI BOND | A | Interest | | | REDEEMED | 4/1 | K | A | |
| 24. EMPIRE ST DEV CO MUNI BOND | A | Interest | | | REDEEMED | 4/1 | K | A | |
| 25. NEW YORK NY SERIES B MUNI BOND | A | Interest | | | SOLD | 2/8 | K | A | |
| 26. LIVONIA NY C/S/D G/O MUNI BOND | A | Interest | K | T | | | | | |
| 27. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 28. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 29. NEW YORK STATE DORM AU MUNI BOND | A | Interest | K | T | | | | | |
| 30. PORT AUTH NY & NJ MUNI BOND | A | Interest | J | T | | | | | |
| 31. DORM AUTH BKLYN HSP CTR MUNI BOND | A | Interest | | | SOLD | 9/21 | K | A | |
| 32. PUERTO RICO COMWLTH MUNI BOND | B | Interest | | | REDEEMED | 7/1 | K | A | |
| 33. NEW YORK NY G/O SER C MUNI BOND | A | Interest | K | T | | | | | |
| 34. AMAZON.COM CORPORATE BOND | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AMAZON.COM CORPORATE BOND | A | Interest | K | T | | | | | |
| 36. SANDS POINT NY RFDG MUNI BOND | A | Interest | K | T | | | | | |
| 37. NYS DORM AUTH HOPS BRONX LEBANON MUNI BOND | A | Interest | J | T | | | | | |
| 38. NYC MUNI ASSIST CORP MUNI BOND | A | Interest | K | T | | | | | |
| 39. LONG ISLAND PWR AUTH NY ELEC SYS MUNI BOND | C | Interest | L | T | | | | | |
| 40. WASHINGTON MUTUAL INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 41. BANK UNITED LITIGATION CONTINGENT PYMTS RTS SR | | None | J | T | | | | | |
| 42. SMITH BARNEY AGRESSIVE GROWTH CL B | | None | M | T | | | | | |
| 43. BANK UNITED CORP LITIGATION CONTINGENT PYMTS RTS SR | | None | J | T | | | | | |
| 44. WASHINGTON MUTUAL INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 45. SMITH BARNEY AGG GROWTH CL B | | None | J | T | | | | | |
| 46. NYS ENVIRONMENT FACS MUNI BOND | A | Interest | J | T | | | | | |
| 47. NEW YORK ST DORM AUTH REV MUNI BOND | | None | J | T | | | | | |
| 48. RICHFIELD SPRINGS NY CENT SCH DIST MUNI BOND | A | Interest | K | T | | | | | |
| 49. NY STATE ENVIRONMENTAL FAC MUNI BOND | C | Interest | K | T | | | | | |
| 50. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 51. OLSTEIN FINANCIAL ALERT FUND - CLASS C | F | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SMITH BARNEY HIGH INCOME FUND CLASS B | C | Dividend | K | T | | | | | |
| 53. SMITH BARNEY LARGE CAP GROWTH FUND | | None | K | T | | | | | |
| 54. SMITH BARNEY HIGH INC FD CLASS B | B | Dividend | K | T | | | | | |
| 55. SMITH BARNEY CAPITAL PRESERVATION FUND CL B | A | Dividend | K | T | | | | | |
| 56. NEW YORK STATE DORM ST JOHNS MUNI BOND | A | Interest | K | T | | | | | |
| 57. PORT AUTH NY & NJ ONE HUNDRED TWENTY SECOND SER AMT MUNI BON | A | Interest | K | T | | | | | |
| 58. NYS DORM AUTH REVS RFDG LENOX HILL HOSPITAL MUNI BOND | A | Interest | K | T | | | | | |
| 59. HAIN CELESTIAL GROUP | | None | K | T | | | | | |
| 60. FIRST HORIZON NATIONAL - COMMON STOCK FORMERLY KNOWN AS FTNC | C | Dividend | L | T | | | | | |
| 61. SMITH BARNEY CLASSIC VALUES FUND CLASS B | C | Dividend | K | T | | | | | |
| 62. NYS URBAN DEVELOPMENT CORP MUNI BOND | A | Interest | J | T | | | | | |
| 63. PUERTO RICO COMWLTH MBIA OID - MUNI BOND | A | Interest | K | T | | | | | |
| 64. NEW YORK NY SER E MUNI BOND | A | Interest | K | T | | | | | |
| 65. SALOMON BROS GLOBAL HIGH INC FUND | E | Dividend | | | SOLD | 12/7 | M | A | |
| 66. OLSTEIN FINANCIAL ALERT FUND CLASS C | E | Dividend | N | T | | | | | |
| 67. ANNALY MORTGAGE MGMT COMMON STOCK | B | Dividend | J | T | | | | | |
| 68. FIRST HORIZON NAT'L CORP | B | Dividend | | | SOLD | 10/25 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. NEENAH PAPER INC COMMON STOCK | A | Dividend | | | SOLD | 4/15 | J | A | |
| 70. SOVEREIGN BANCORP INC COMMON STOCK | A | Dividend | | | SOLD | 11/8 | L | D | |
| 71. SB CAPITAL AND INC FUND SMITH BARNEY CL C | C | Dividend | M | T | | | | | |
| 72. SMITH BARNEY SOCIAL AWARENESS FUND CLASS C | B | Dividend | L | T | | | | | |
| 73. NEENAH PAPER INC COMMON STOCK | | None | | | SOLD | 4/15 | J | A | |
| 74. SOVEREIGN BANKCORP INC COMMON STOCK | A | Dividend | | | SOLD | 11/8 | L | D | |
| 75. OLSTEIN FINANCIAL ALERT FUND CLASS C | D | Dividend | L | T | | | | | |
| 76. SB CAPITAL AND INCOME FUND SMITH BARNEY CL C | A | Dividend | K | T | | | | | |
| 77. NEW YORK NY SER F MUNI BOND | B | Interest | K | T | | | | | |
| 78. NEW YORK ST DORM AU REV DEPT OF HLTH MUNI BOND | B | Interest | K | T | | | | | |
| 79. NYC SER B GEN OBLIG MUNI BOND | A | Interest | K | T | | | | | |
| 80. NYS MTG AGY REV TWENTY NINTH SER MUNI BOND | B | Interest | K | T | | | | | |
| 81. NEW YORK ST URB DEV CORP REV CORRECTL MUNI BOND | B | Interest | K | T | | | | | |
| 82. NEW YORK TIMES CLASS A STOCK (X) | A | Dividend | J | T | | | | | |
| 83. SMITH BARNEY ADJUSTABLE RATE INC FUND | A | Dividend | J | T | | | | | |
| 84. SMITH BARNEY APPRECIATION FUND CL B | D | Dividend | M | T | | | | | |
| 85. SMITH BARNEY LARGE CAPITALIZATION GROWTH FUND | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIRST MARBLEHEAD CORP COMMON STOCK | A | Dividend | L | T | BUY | 11/8 | L | | |
| 87. FIRST MARBLEHEAD CORP COMMON STOCK | A | Dividend | L | T | BUY | 11/8 | L | | |
| 88. COMMERCE BANCORP INC NJ COMMON STOCK | | None | L | T | BUY | 12/12 | L | | |
| 89. FIRST MARBLEHEAD CORP COMMON STOCK | A | Dividend | L | T | BUY | 12/12 | L | | |
| 90. PULTE HOMES INC COMMON STOCK | | None | K | T | BUY | 12/16 | K | | |
| 91. THORNBURG MTG INC COMMON STOCK | B | Dividend | L | T | BUY | 12/12 | L | | |
| 92. TRUSTS | | | | | | | | | |
| 93. IRA A/C #1 | E | INT & DIV | N | T | | | | | |
| 94. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 95. DIVIDENDS FROM DE GROUP FD & EMERGING MKT FUND) | | | | | | | | | |
| 96. IRA A/C #2 | C | INT & DIV | L | T | | | | | |
| 97. (U.S. TREAS SECURITIES, MONEY MKT INTEREST & MUTUAL FUND | | | | | | | | | |
| 98. DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 99. LIFE INTEREST IN INCOME OF ███████ TRUST # 1 | | | | | | | | | |
| 100. VALUE OF TRUST HOLDINGS | F | INT & DIV | P1 | T | | | | | |
| 101. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 102. COMMON STOCKS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. EXXON MOBIL | | | | | | | | | |
| 104. GENERAL ELECTRIC | | | | | | | | | |
| 105. BRISTOL MYERS | | | | | | | | | |
| 106. VERIZON COMMUNICATIONS | | | | | | | | | |
| 107. NORFOLK SOUTHERN CORP | | | | | | | | | |
| 108. NORTHROP GRUMAN | | | | | | | | | |
| 109. DOW CHEMICAL CO | | | | | | | | | |
| 110. PLUM CREEK TIMBER CO | | | | | | | | | |
| 111. ZIMMER HOLDINGS INC | | | | | | | | | |
| 112. UNITRIN INC | | | | | SOLD | 3/16 | K | | |
| 113. MASCO | | | | | | | | | |
| 114. U.S. BANCORP DEL COM | | | | | | | | | |
| 115. BANK OF AMERICA CORP FORMERLY KNOWN AS FLEETBOSTON FINL CORP | | | | | | | | | |
| 116. DU PONT EI DE NEMOURS & CO | | | | | | | | | |
| 117. RPM INTERNATIONAL INC | | | | | | | | | |
| 118. MBNA CORP | | | | | SOLD | 6/30 | K | | |
| 119. ARCHER DANIELS MIDLAND CO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. NESTLE SA (CHF) 1 | | | | | BUY | 4/15 | K | | |
| 121. PFIZER CORP | | | | | BUY | 4/15 | K | | |
| 122. LIFE INTEREST IN INCOME OF ████ TRUST # 2 | | | | | SOLD | 12/29 | K | | |
| 123. VALUE OF TRUST HOLDINGS | E | INT & DIV | N | T | | | | | |
| 124. IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 125. SB MONEY FUND | | | | | | | | | |
| 126. CITIBANK BANK NA BANK DEPOSIT PROGRAM | | | | | | | | | |
| 127. COMMON STOCKS | | | | | | | | | |
| 128. HAIN CELESTIAL GRP INC | | | | | | | | | |
| 129. KB HOME | | | | | | | | | |
| 130. SOVEREIGN BANCORP INC | | | | | SOLD | 11/8 | K | | |
| 131. WASHINGTON MUTUAL INC | | | | | | | | | |
| 132. FIRST MARBLEHEAD CORP | | | | | BUY | 11/8 | K | | |
| 133. MUTUAL FUNDS | | | | | | | | | |
| 134. OLSTEIN FINANCIAL ALERT FUND CL C | | | | | | | | | |
| 135. SB CAPITAL AND INCOME FUND CL C | · | | | | | | | | |
| 136. PARTNERSHIPS - LIMITED INTEREST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 1414 AMERICAS CO ORIGINAL COST - S1,667 | A | PTSHP INC | J | R | | | | | |
| 138. UNDERHILL ASSOC - ORIGINAL COST $6,000 | B | PTSHP INC | J | R | | | | | |
| 139. 150 LAKE ASSOC. - ORIGINAL COST $3,000 | A | PTSHP INC | J | R | | | | | |
| 140. G&R DEV - ORIGINAL COST S10,000 | B | PTSHP INC | | | TERMINATED | 12/31 | J | A | |
| 141. FORESTBURG SULLIVAN - ORIGINAL COST $7,466 | A | PTSHP INC | J | R | | | | | |
| 142. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | PTSHP INC | J | R | | | | | |
| 143. BANK ACCOUNTS | | | | | | | | | |
| 144. CITIBANK | A | Interest | J | T | | | | | |
| 145. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 146. SOUND FEDERAL SLA | A | Interest | J | T | | | | | |
| 147. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 148. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 149. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B –$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 05/15/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date X 6/10/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

SAND, LEONARD B.

ATTACHMENT TO FORM AO-10

2005

## VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Chairman Judicial Ethics Committee.